## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**TR INFORMATION PUBLISHERS,**

    **Plaintiff,**

**v.**                                     **Case No.  8:05-cv-517-T-30MSS**

**RANDAL PUBLISHING COMPANY, INC.**
**and RANDALL-REILLY PUBLISHING,**
**L.L.C.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has been advised via a Notice of Settlement (Dkt. #116) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on November 17, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-517.dismissal 116.wpd